**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-23027

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Monica Martinez<br>    Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>    Movant,<br>  vs.<br><br>Monica Martinez, Debtor, Stanley J. Kartchner, Trustee.<br><br>    Respondents. | No. 4:10-BK-25817-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #20) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

> Unit No. 48, of Tierra Catalina Condominium, according to Declaration of Condominium recorded in Docket 12494, Page 731 and Plat recorded in Book 59 of Maps, Page 36, records of Pima County, Arizona;
>
> Together With an undivided interest in the common elements as set forth in said Declaration and Plat and any annexations thereto.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.